UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| |
|---|
| **FILED** |
| NOV 13 2018 |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DONNA MAE AMINA, as Personal
Presentative of the Estate of Mary Ann
Neula Lim estate Mary Ann Neula Lim,

        Plaintiff - Appellant,

 v.

U.S. BANK TRUST, N.A., as Trustee
for Mortgage Equity Conversion Asset
Trust 2011-1; MORTGAGE EQUITY
CONVERSION ASSET TRUST 2011-
1; GOLDEN EMPIRE MORTGAGE,
INC., DBA Senior Independence
Hawaii; HOWARD D. KOOTSTRA;
NATIONSTAR SUB 1 LLC;
NATIONSTAR MORTGAGE
HOLDINGS INC.; NATIONSTAR
MORTGAGE LLC, DBA Champion
Mortgage Company; LEAF FUNDING
GROUP OF HAWAII; FIDELITY
NATIONAL FINANCIAL, INC.; LSI
TITLE AGENCY INC.; LSI LOCAL
SOLUTIONS; UNITED STATES
SECRETARY FOR HOUSING AND
URBAN DEVELOPMENT; SENIOR
INDEPENDENCE HAWAII; DOE, 1-
10,

        Defendants - Appellees.

No. 18-17196

D.C. No. 1:18-cv-00247-HG-RLP
U.S. District Court for Hawaii,
Honolulu

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

| | |
|---|---|
| **Tue., January 8, 2019** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Thu., February 7, 2019** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7