UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 27 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DONNA MAE AMINA, as Personal Presentative of the Estate of Mary Ann Neula Lim, Estate of Mary Ann Neula Lim,

    Plaintiff-Appellant,

v.

U.S. BANK TRUST, N.A., as Trustee for Mortgage Equity Conversion Asset Trust 2011-1; et al.,

    Defendants-Appellees.

No. 18-17196

D.C. No. 1:18-cv-00247-HG-RLP
District of Hawaii, Honolulu

ORDER

Before: CLIFTON, N.R. SMITH, and FRIEDLAND, Circuit Judges.

Donna Mae Amina's motion to substitute herself individually as the appellant for this appeal and to remand this appeal to the district court for further proceedings is denied (Docket Entry No. 10).

The court's November 19, 2018 and January 14, 2019 orders required appellant the Estate of Mary Ann Neula Lim to retain counsel. *See C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697-98 (9th Cir. 1987) (non-attorney litigants may not represent trusts for which they serve as trustees); *see also In re Highley*, 459 F.2d 554, 555 (9th Cir. 1972); *McShane v. United States*, 366 F.2d 286, 288 (9th Cir. 1966). The orders warned appellant that failure to obtain counsel would result in dismissal of the appeal for failure to prosecute. To date, no

DA/Pro Se

counsel has entered a notice of appearance on behalf of the Estate of Mary Ann Neula Lim. Consequently, the appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

All other pending motions are denied as moot.

**DISMISSED.**